| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Phyllis Penn** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–1297** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Alabama** | | |
| Case number:  **12–32670** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

        Phyllis Penn

Dated February 28, 2017

*Dwight A. Williams, Jr.* (signature)

Dwight H. Williams Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
United States Bankruptcy Court
Middle District of Alabama
```

In re:                                                              Case No. 12-32670-DHW
Phyllis Penn                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: rwalker     Page 1 of 2     Date Rcvd: Feb 28, 2017
                   Form ID: 3180W     Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.
```
db          +Phyllis Penn,    674 E Conecuh Ave,    Union Springs, AL 36089-1121
aty         +Richard D. Shinbaum,    Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL 36101-0201
2699787     +1 STOP CASH,    605 E MLK HIGHWAY,    Tuskegee, AL 36083-1664
2699788      7TH AVENUE,    1112 7TH AVE,    Monroe, WI 53566-1364
2699790     +ALABAMA ER,    1600 7TH AVE,    Birmingham, AL 35233-1711
2699792     +ALABAMA ER ADMIN,    PO BOX 11047,    Birmingham, AL 35202-1047
2699791     +ALABAMA ER ADMIN,    P.O. BOX 4419,    Woodland Hills, CA 91365-4419
2699796     +AMERILOAN,    3531 P STREET NW,    PO BOX 111,    Miami, OK 74355-0111
2699795    ++AMERILOAN DBA TFS CORP,    PO BOX 111,    MIAMI OK 74355-0111
             (address filed with court: AMERILOAN,    2533 N CARSON ST, STE 4976,    Carson City, NV 89706)
2699798     +CMRE FINANCIAL,    3075 E. IMPERIAL HWY, STE 200,    Brea, CA 92821-6753
2699799     +COMMUNITY BANK & TRUST COMPANY,    P.O. BOX 310,    UNION SPRINGS, AL 36089-0310
2699800     +DPENDNELNET,    121 SOUTH 13 STREET,    Lincoln, NE 68508-1904
2699784      EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2699786      EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2699802     +EXPRESS CHECK ADVANTAGE,    2328 SOUTH COLLEGE STREET UNIT 1A,    Auburn, AL 36832-6904
2699803     +EXPRESS CHECK ADVANTAGE OF ALA.,    2328 SOUTH COLLEGE STREET UNIT 1A,    Auburn, AL 36832-6905
2699804     +EZ MONEY,    6600 ATLANTA HIGHWAY,    Montgomery, AL 36117-4253
2741483     +Emergi-Cash 1SC,    3909-D Pepperelle Pkwy,    Opelika, AL 36801-6025
2726120     +Express Check Advance, LLC,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
              Dallas, TX 75374-0933
2723715     +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
2699809     +PNC BANK,    2730 LIBERTY AVE,    Pittsburgh, PA 15222-4747
2699808      Pay Day Max,    207-1425 Marine Drive,    West Vancouver, BC
2699807      Pay Day Max,    Suite 201,    15225 Thrift Avenue,    White Rock, BC
2726114     +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
2699785      TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +E-mail/Text: trustees_office@ch13mdal.com Feb 28 2017 21:54:27     Sabrina L. McKinney Acting,
              P.O. Box 173,    Montgomery, AL 36101-0173
2699789     +Fax: 864-336-7400 Feb 28 2017 22:17:44      ADVANCE AMERICA,    1907 SOUTH COLLEGE STREET,
              Auburn, AL 36832-5898
2699793     +E-mail/Text: bankruptcy@tritonmgt.com Feb 28 2017 21:54:07      ALWAYS MONEY,
              1909 PEPPERELL PARKWAY,    Opelika, AL 36801-6255
2699794     +E-mail/Text: sholmes@amerifirstbank.com Feb 28 2017 21:53:16      AMERIFIRST,    PO BOX 570,
              Union Springs, AL 36089-0570
2711327      EDI: AIS.COM Feb 28 2017 21:28:00      American InfoSource LP as agent for,
              Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
2699801     +E-mail/Text: christy@concordadvice.com Feb 28 2017 21:53:41      East Side Lenders,
              40 East Main,    Ste 410,    Newark, DE 19711-4639
2728060      E-mail/Text: bknotice@crgofusa.com Feb 28 2017 21:53:53
              InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
              DALLAS, TX 75312-3203
2730068      EDI: JEFFERSONCAP.COM Feb 28 2017 21:28:00      Jefferson Capital Systems LLC,    PO BOX 7999,
              SAINT CLOUD MN 56302-9617
2699805     +EDI: RESURGENT.COM Feb 28 2017 21:28:00      LVNVFUNDG,    PO BOX 10584,
              Greenville, SC 29603-0584
2699806     +EDI: MID8.COM Feb 28 2017 21:28:00      MIDLANDMCM,    8875 AERO DRIVE SUITE 200,
              San Diego, CA 92123-2255
2722608     +E-mail/Text: electronicbkydocs@nelnet.net Feb 28 2017 21:53:37
              Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
              3015 South Parker Road Suite 400,    Aurora CO 80014-2904
2699810     +E-mail/Text: bankruptcy@speedyinc.com Feb 28 2017 21:53:06      Speedy Cash,
              1501 Eastern Bypass,    Montgomery, AL 36117-1605
2699811      Fax: 912-629-1539 Feb 28 2017 22:27:45      TITLE MAX,    3901 PEPPERELL PARKWAY,
              Opelika, AL 36801
2769617      Fax: 912-629-1539 Feb 28 2017 22:27:45      TitleMax of Alabama, Inc.,
              15 Bull Street, Suite 200,    Savannah, Georgia 31401,    (912)525-2675
2699812     +EDI: VERIZONWIRE.COM Feb 28 2017 21:28:00      Verizion,    P.O. Box 26055,
              Minneapolis, MN 55426-0055
2699814     +EDI: WABK.COM Feb 28 2017 21:28:00      WORLD FINANCE,    1716 OPELIKA ROAD,
              Auburn, AL 36830-2824
2699814     +E-mail/PDF: bk@worldacceptance.com Feb 28 2017 21:48:51      WORLD FINANCE,    1716 OPELIKA ROAD,
              Auburn, AL 36830-2824
2699813     +EDI: WABK.COM Feb 28 2017 21:28:00      World Acceptance Corporation,    PO Box 620,
              Trussville, AL 35173-0620
2699813     +E-mail/PDF: bk@worldacceptance.com Feb 28 2017 21:48:52      World Acceptance Corporation,
              PO Box 620,    Trussville, AL 35173-0620
                                                                                              TOTAL: 19
```

```
District/off: 1127-2           User: rwalker              Page 2 of 2                Date Rcvd: Feb 28, 2017
                               Form ID: 3180W             Total Noticed: 42
```

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2731746*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
2699797        ##+CASH EXPRESS,    6309 ATLANTA HWY,    Montgomery, AL 36117-6757
2733094        ##+Express Check Advance of Alabama, LLC,    2034 Hamilton Place Blvd., Suite 100,
                 Chattanooga, TN 37421-6098
                                                                                TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Richard D. Shinbaum    on behalf of Debtor Phyllis  Penn rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                             TOTAL: 3